THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STEPHEN A. INGHAM, Appellant.

*People* v. *Ingham*, 107 App. Div. 41, affirmed.
(Argued November 28, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 4, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Myron G. Bronner* for appellant.

*Julius M. Mayer*, Attorney-General (*Eugene E. Sheldon* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN CHARLES MILLER, Respondent, *v.* SENECA RIVER POWER COMPANY et al., Appellants.

*Miller* v. *Seneca River Power Co.*, 94 App. Div. 609, affirmed.
(Argued November 28, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1904, which affirmed a judgment of the Onondaga County Court affirming a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of Syracuse.

*Jerome L. Cheney* and *John B. Tuck* for appellants.

*Eugene M. White* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.